The Employment Law Firm
Cynthia L. Pollick, LLM                                           Attorney for Plaintiff
I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES J. GUARNIERI | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| DURYEA BOROUGH, DURYEA, | : | |
| et al. | : | |
| | : | |
| Defendants | : | NO.   05-1422 |

### THIRD AFFIDAVIT OF CYNTHIA L POLLICK, ESQUIRE IN SUPPORT OF PLAINTIFF GUARNIERI'S MOTION FOR ATTORNEY FEES AND COSTS

I, Cynthia L. Pollick, Esquire, hereby declare as follows:

1.      I spent an additional 32.60 hours at a rate of $300.00, which comes to an additional amount of $9,780.00, on this matter. (See Exhibit "F", Timesheets)

2.      My Legal Assistants spent an additional 26.60 hours on this matter. Legal Assistants are billed at a rate of $75.00, for an additional amount of $1,995.00. (See Exhibit "F").  My Legal Researchers spent an additional 15.80

hours on this matter.   Legal Researchers are billed at a rate of $100.00, for an additional amount of $1,580.

3.      Plaintiff also incurred additional costs associated with this pursuing this case in the amount of $25.71, which does not include the $554.20 cost for the Trial Transcript that was included in the Bill of Costs. (See Exhibit "G")

The foregoing statements are true and correct to the best of my knowledge and are made pursuant to 28 U.S.C. § 1746 concerning unsworn falsifications to authorities.

/s Cynthia L. Pollick
Cynthia L. Pollick, Esquire

2

2:40 PM

09/08/08

EMPLOY LAW OFFICES OF C L POLLICK
# Time by Job Detail
### April 28 through September 8, 2008

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| **Guarnieri, Charlie** | | | |
| **2008 - Legal Researcher** | | | |
| 6/6/2008 | Legal Researcher/... | 1.50 | Legal research on 62(f) |
| 6/8/2008 | Legal Researcher/... | 1.30 | Additional legal research on motion to stay - BIO. |
| 6/9/2008 | Legal Researcher/... | 1.50 | Additional legal research on 62(f). |
| 6/10/2008 | Legal Researcher/... | 2.50 | Preparation of BIO to Motion to Stay. |
| 7/16/2008 | Legal Researcher/... | 9.00 | Legal research and drafting five of issues in BIO to JNOV. |
| **Total 2008 - Legal Researcher** | | **15.80** | |
| **2008 Professional Services** | | | |
| 4/28/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP seeking concurrence in fee petition. |
| 5/1/2008 | Cynthia L Pollick | 0.20 | TC from Bill Varley regarding claim and resolution. |
| 5/2/2008 | Cynthia L Pollick | 0.50 | Receipt and review of Motion for Extension to File Brief in Support of Post-Trial Motions. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | TC from Bill regarding resolution - 2nd call; demanded written confirmation that I can speak with h |
| 5/5/2008 | Cynthia L Pollick | 0.20 | TC with Charlie regarding adjuster. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP advising will be filing motion to stay; seeking concurrence. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP advising do not concur in motion. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting OP's extension to file Briefs in Support of JNOV. |
| 5/5/2008 | Cynthia L Pollick | 0.40 | Receipt and review of Brief in Support of Motion for Extension to File Post-Briefs. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP advising can speak with adjuster. |
| 5/5/2008 | Cynthia L Pollick | 0.50 | Receipt and review OP's Motion for Stay on Enforcement of Judgments. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP regarding concurrence in Stay. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP advising do not concur. |
| 5/5/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP thanking me for getting back to them. |
| 5/8/2008 | Cynthia L Pollick | 0.20 | TC with Bill regarding demand; advised amount would resolve case for. |
| 5/8/2008 | Cynthia L Pollick | 0.20 | TC with Charlie advising of offer. |
| 5/8/2008 | Cynthia L Pollick | 0.20 | Correspondence from Bill Varley regarding letter emailed. |
| 5/8/2008 | Cynthia L Pollick | 0.20 | Correspondence from Bill Varley regarding settlement. |
| 5/9/2008 | Cynthia L Pollick | 0.30 | TC from Joshua of Verdict Search regarding jury verdict. |
| 5/12/2008 | Cynthia L Pollick | 0.20 | TC with Bill Varley regarding settlement. |
| 5/13/2008 | Cynthia L Pollick | 0.50 | TC with Charlie regarding discussions about case and settlement discussions with adjuster. |
| 5/14/2008 | Cynthia L Pollick | 0.20 | Correspondence from Laura advising transcript almost ready, do I want set. |
| 5/14/2008 | Cynthia L Pollick | 0.20 | Correspondence with Laura advising yes I want a full set. |
| 5/15/2008 | Cynthia L Pollick | 0.50 | Preparation of Bill of Costs. |
| 5/16/2008 | Cynthia L Pollick | 0.20 | Correspondence from Laura attaching official transcripts. |
| 5/19/2008 | Cynthia L Pollick | 1.00 | Receipt, downloaded, and reviewed part of Trial Transcripts dealing with issues raised by OP's Moti |
| 5/23/2008 | Cynthia L Pollick | 0.50 | Receipt and review of OP's objections to bill of costs. |
| 5/29/2008 | Cynthia L Pollick | 0.60 | Receipt and review of OP's Brief in Support of Motion to Stay. |
| 5/30/2008 | Cynthia L Pollick | 0.20 | Correspondence from verdict search regarding verdict. |
| 6/2/2008 | Cynthia L Pollick | 5.50 | Preparation of Reply Brief to Motion for Attorney Fees. |
| 6/3/2008 | Cynthia L Pollick | 0.20 | Scanned and redacted additional exhibits for Reply Brief. |
| 6/4/2008 | Cynthia L Pollick | 0.20 | Receipt and review of docket notation that document is partially blank - refile; but that is how it |
| 6/12/2008 | Cynthia L Pollick | 0.20 | Correspondence from Clerk's staying bill of costs. |
| 7/1/2008 | Cynthia L Pollick | 0.30 | Preparation of Motion for Extension. |
| 7/1/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP requesting concurrence in Extension of 10 days. |
| 7/2/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP regarding concurrence in page extension. |
| 7/2/2008 | Cynthia L Pollick | 0.20 | Correspondence from OP requesting how many words. |
| 7/2/2008 | Cynthia L Pollick | 0.20 | Correspondence with OP advising don't know exact word count. |
| 7/2/2008 | Cynthia L Pollick | 0.30 | Preparation of Motion for Page Extension. |
| 7/2/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting due date for brief of 7/19. |
| 7/7/2008 | Cynthia L Pollick | 0.20 | Receipt and review of Order granting 35 page extension. |
| 7/11/2008 | Cynthia L Pollick | 2.00 | Preparation of BIO to JNOV. |
| 7/14/2008 | Cynthia L Pollick | 3.50 | Additional preparation of BIO to JNOV. |
| 7/16/2008 | Cynthia L Pollick | 0.80 | Additional preparation of BIO to JNOV. |
| 7/17/2008 | Cynthia L Pollick | 4.60 | Additional preparation of BIO to JNOV including finalized arguments. |
| 7/31/2008 | Cynthia L Pollick | 1.70 | Receipt and review of OP's Reply Brief to Post Trial Motions. |
| 8/4/2008 | Cynthia L Pollick | 0.20 | Receipt and review of OP's Supplemental Authority. |
| 9/2/2008 | Cynthia L Pollick | 0.60 | Receipt and review of Judge's decision denying Motion for New Trial. |
| 9/2/2008 | Cynthia L Pollick | 0.30 | TC with Charlie advising of decision. |
| 9/8/2008 | Cynthia L Pollick | 1.00 | Preparation of additional affidavit along with time slips. |
| **Total 2008 Professional Services** | | **31.40** | |
| **2008 Professional Services:2008 Legal Assistant** | | | |
| 5/2/2008 | Kelly E Moyer | 0.20 | TC from Bill Varley regarding case. |
| 6/11/2008 | Kelly E Moyer | 2.00 | Preparation of summary of testimony from trial for BIO to JNOV. |
| 6/13/2008 | Kelly E Moyer | 1.20 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/17/2008 | Kelly E Moyer | 3.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/18/2008 | Kelly E Moyer | 3.60 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/20/2008 | Kelly E Moyer | 4.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/24/2008 | Kelly E Moyer | 4.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/25/2008 | Kelly E Moyer | 3.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/27/2008 | Kelly E Moyer | 2.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/27/2008 | Kelly E Moyer | 1.30 | Additional preparation of summary of testimony for BIO to JNOV. |
| 6/30/2008 | Kelly E Moyer | 1.00 | Additional preparation of summary of testimony for BIO to JNOV. |
| 7/8/2008 | Kelly E Moyer | 1.30 | Additional preparation of summary trial testimony for JNOV - 4/16. |
| **Total 2008 Professional Services:200...** | | **26.60** | |
| **Total Guarnieri, Charlie** | | **73.80** | |
| **TOTAL** | | **73.80** | |



PLAINTIFF'S
EXHIBIT

**F**

ALL-STATE LEGAL®

9:16 AM

09/09/08

Accrual Basis

# EMPLOY LAW OFFICES OF C L POLLICK

## April 29 through September 9, 2008

| Type | Date | Source Name | Memo | Account | Amount |
|---|---|---|---|---|---|
| **Guarnieri, Charlie** | | | | | |
| Bill | 5/1/2008 | Copying | Copying - 48 pages - LR | Printing and Reproduction | 12.00 |
| Bill | 5/8/2008 | Telephone | LD - OP | Telephone | 0.75 |
| Bill | 5/12/2008 | Telephone | LD - Bill Varley | Telephone | 1.00 |
| Bill | 5/13/2008 | Postage | | Postage | 0.42 |
| Check | 5/15/2008 | Laura Boyanowski, R... | Guarnieri Trial Transcript - Complete Set | 7730 - Transcript costs | 554.40 |
| Bill | 5/15/2008 | ECF | Copying charges - 19 pages - ECF | Printing and Reproduction | 1.52 |
| Bill | 5/24/2008 | ECF | Copying charges - 8 pages - ECF | Printing and Reproduction | 0.64 |
| Bill | 6/4/2008 | ECF | Copying charges - 12 pages - ECF | Printing and Reproduction | 0.96 |
| Bill | 6/10/2008 | Postage | | Postage | 0.42 |
| Bill | 6/17/2008 | ECF | Copying charges - 10 pages - 3/5/08 | Printing and Reproduction | 0.80 |
| Bill | 6/17/2008 | ECF | Copying charges - 21 pages - 3/11/08 | Printing and Reproduction | 1.68 |
| Bill | 6/17/2008 | ECF | Copying charges - 11 pages - 3/20/08 | Printing and Reproduction | 0.88 |
| Bill | 6/17/2008 | ECF | Copying charges - 10 pages - 3/26/08 | Printing and Reproduction | 0.80 |
| Bill | 6/17/2008 | ECF | Copying charges - 48 pages - 3/26/08 | Printing and Reproduction | 3.84 |
| **Total Guarnieri, Charlie** | | | | | 580.11 |
| **TOTAL** | | | | | 580.11 |

-554.40
$ 25.71


PLAINTIFF'S EXHIBIT G

Page 1