IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES J. GUARNIERE, JR.,

    Plaintiff,

vs.

BOROUGH OF DURYEA, ET AL.,

    Defendants.

CIVIL ACTION NO. 3:CV-05-1422

(JUDGE CAPUTO)

## ORDER

**NOW**, this 17th day of August, 2011, in accordance with the opinions and orders of the United States Supreme Court and the United States Court of Appeals for the Third Circuit holding that whether something is a matter of public concern is a question of law for the court, **IT IS HEREBY ORDERED** that a conference is scheduled for **FRIDAY, SEPTEMBER 23, 2011 AT 9:00 A.M.**, in my chambers, to consider addressing this issue.

A. Richard Caputo
United States District Judge