

363 LAUREL STREET   PITTSTON, PA 18640   570 654 9675   FAX 570 654 5021   POLLICK@LAWYER.COM

CYNTHIA L. POLLICK
LL.M IN TRIAL ADVOCACY
GRADUATE GERRY SPENCE'S
TRIAL LAWYERS COLLEGE
ALSO ADMITTED IN NEW JERSEY

February 3, 2012

**VIA ELECTRONICALLY FILED**

The Honorable A. Richard Caputo
Max Rosenn United States Courthouse
197 S Main Street, Suite 235
Wilkes-Barre, PA 18701

      RE:    Guarnieri v. Duryea Borough, et al.
                Docket No.: 05-1422

Dear Judge Caputo:

      Please be advised that the parties have reached settlement. Kindly issue a 60 day settlement/dismiss order.

      If you have any questions, please feel free to contact me.

      Very Truly Yours,

      /s Cynthia L. Pollick
      Cynthia L. Pollick, Esquire

CLP/lc
cc:    Ms. Karoline Mehalchick, Esquire